UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CURTIS JAMES, | ) | Case No. CV 09-4413 ABC (AJW) |
| Plaintiff, | ) ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | ) ) | |
| C. O. MURPHY, et al., | ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

February 15, 2012

_____
AUDREY B. COLLINS
United States District Judge