UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CURTIS JAMES, ) | |
| ) Plaintiff, ) | Case No. 09-4413 ABC (AJW) |
| ) v. ) | |
| ) C.O. MURPHY, et al., ) | J U D G M E N T |
| ) Defendants. ) | |
| _____ ) | |

**IT IS ADJUDGED** that: (1) the summary judgment motion filed by defendants Murphy, Stocker, Sahota, Borges, Cho, Holland, McMahon, Glowski, Jeu, Reddy, Wu, and Finander is granted; (2) plaintiff's claims against defendants Murphy, Stocker, Sahota, Borges, Cho, Holland, McMahon, Glowski, Jeu, Reddy, Wu, and Finander are dismissed with prejudice; and (3) plaintiff's claims against defendant Brown and the defendant identified as "Bld. 3 Dr." are dismissed without prejudice.

February 15, 2012

_____
AUDREY B. COLLINS
United States District Judge